the s^d Giffard John Wright Esq^r & Ezekiel Fogg them or either of them at the Last County Court held in Boston in January last, this with due damages according to attachm^t dat. Aug^t 16th 1675. . . . The Jury . . . founde for the plaint. Five hundred pounds mony & costs of Court being thirty five Shillings & four pence.

Execucion issued April: 24° 1676.

[The execution is filed in S. F. 1576.]

### HUKELY ag^t BATT

Timothy Batt plaint. ag^t W^m Hukley Defend^t in an action of the case for witholding a debt of Fifteen pounds in mony due by bill with all other due damages according to attachm^t dat. Septemb^r 23° 1675. . . . The Jury . . . founde for the plaint. Fifteen pounds according to bill & costs of Court.

### BATT ag^t HUKELY

Timothy Batt plaint. ag^t W^m Hukely Defend^t in an action of the case for witholding a debt of Fourteen pounds Seventeen Shillings eleven pence in mony due by bill with all due damages accord. to attachm^t dat. 7^br 23° 1675. . . . The Jury . . . founde for the plaint. Fourteen pounds Seventeen Shillings & eleven pence accord. to bill & costs of Court.

### EDSALL ag^t JOHNSON

Tho: Edsall plaint. ag^t John Johnson Defend^t in an action of the case for that hee hath taken a false Oath ag^t him the s^d Edsell, by which occasion hee hath been formerly imprisoned & now also is committed to prison in reference to the former ocasion by which the s^d Edsell is damnified to the value of one hundred pounds in mony & all other due damages accord. to attachm^t dat. 8^br 5° 1675. . . . The Jury . . . founde for the Defend^t costs of Court nine Shillings & eight pence.

Execucion issued 9^br 29° 1675.

### HUDSON ag^t HOUCHIN

W^m Hudson plaint. ag^t Hesther Houchin Defend^t according to attachm^t dat. Octob^r 21° 1675. The plaint. withdrew his accion.